IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| FLOWERS HOLDINGS COMPANY, a General Partnership, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | CASE NO. 1:01-cv-1239-WKW [wo] |
| MICHAEL O. LEAVITT, Secretary of Health and Human Services | ) ) ) | |
| Defendant. | ) ) | |

**FINAL JUDGMENT**

In accordance with the Memorandum Opinion and Order entered this day, it is the ORDER, JUDGMENT AND DECREE of the court that the final administrative decision of the Secretary is AFFIRMED.

The Clerk of the Court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE this 31st day of March, 2008.

                                        /s/ W. Keith Watkins
                                        UNITED STATES DISTRICT JUDGE